IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LUIS LORENZO ARMENTERO,

      Plaintiff,               2:08-cv-01716-HDM

  vs.                        ORDER

D.K. SISTO, J. INGRAO, et al.,

      Defendants.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to the Chief Judge for reassignment.

    Dated this 9th day of March, 2009.


_____
UNITED STATES DISTRICT JUDGE