IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LORENZO ARMENTERO,<br><br>  Plaintiff,<br><br>vs.<br><br>D.K. SISTO, Warden, *et al.*,<br><br>  Defendants. | Case No. 2:08-cv-01716-MSB<br><br>**ORDER** |

Plaintiff Luis Lorenzo Armentero, who is currently confined in the Avenal State Prison in Avenal, CA, has filed a motion to dismiss his *pro se* civil rights complaint pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (Dkt. #15). In addition, Armentero requests that the Court appoint an attorney to represent him. (*Id.* at 3). The Court will construe Armentero's motion as a notice of voluntary dismissal and direct the Clerk of the Court to close the case. As this case is being dismissed, the Court declines to appoint an attorney for Armentero.

**Accordingly,**

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss (Dkt. #20) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

1  DATED this 8th day of July, 2010.

2

3                                      /s/ Marsha S. Berzon
                                       MARSHA S. BERZON
4                                      United States Circuit Judge, sitting by designation

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28